IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| **AMARI ELAINE MELSON**<br>**aka AMARI E MELSON**<br>**aka AMARI MELSON,** | : | CASE NO. **26-61283**-JWJ |
| Debtor. | : | |
| EURO FINANCIAL SERVICES, LLC, | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| AMARI ELAINE MELSON, Debtor; and<br>S. GREGORY HAYS, Trustee, | : | |
| Respondents. | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Euro Financial Services, LLC** has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order of relief from the Automatic Stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Relief from Automatic Stay, on **November 24, 2026**, the calendar call for which will be at **10:00AM**, in **Courtroom 1403, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303**, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including

addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 1340, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: October 26, 2026

Signature: /s/Andrew D. Gleason

Andrew D. Gleason
5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
agleason@lrglaw.com
Bar Number 297122

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| **AMARI ELAINE MELSON**<br>**aka AMARI E MELSON**<br>**aka AMARI MELSON,** | : | CASE NO. **26-61283**-JWJ |
| Debtor. | : | |
| EURO FINANCIAL SERVICES, LLC, | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| AMARI ELAINE MELSON, Debtor; and<br>S. GREGORY HAYS, Trustee, | : | |
| Respondents. | : | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

NOW COMES Euro Financial Services, LLC (the "Movant") and moves this Court for relief from the automatic stay and shows the Court as follows:

1.

On August 25, 2026, Amari Elaine Melson ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 7, and said case is pending before this Court.

2.

Movant has a net claim in this case secured by a first priority lien against Debtor's vehicle, to wit: 2017 Audi A4 (the "Collateral"). The bi-weekly payments are $410.51. The next payment will be due on October 30, 2026. The approximate payoff is $17,042.77. As of October 22, 2026 the Debtor has not reaffirmed the Debt or filed a Motion to redeem the vehicle. The Lift of Stay is appropriate in this case. The JDPower value of the Collateral is $12,250.00, and no

other collateral securing this loan. Loan documents are attached here with as Exhibit "A".

3.

Movant does not have proof of insurance protecting its interest in the Collateral or has been advised that there is no insurance in force.

4.

Debtor does not have equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect. There is no equity in the Collateral to benefit the estate and the Trustee's interest should be abandoned.

5.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to recover and dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral.

6.

Movant requests that Bankruptcy Rule 4001(a)(4) be waived.

WHEREFORE, Movant prays that this Court:

(a) Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b) Grant Movant relief from the automatic stay under 11 U.S.C. Section 362(d) so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case, and if the disposition results in a deficiency, amend its claim filed in this case, subject to objection;

(c) Rule 4001(a)(4) be waived; and

(d) Grant such other and further relief as the Court deems to be just and proper.

This October 26, 2026.

The Law Office of
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
Attorneys for Movant

By:/s/ Andrew D. Gleason
Andrew D. Gleason
Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
agleason@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| **AMARI ELAINE MELSON**<br>**aka AMARI E MELSON**<br>**aka AMARI MELSON**, | : | CASE NO. **26-61283**-JWJ |
| Debtor. | : | |
| EURO FINANCIAL SERVICES, LLC, | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| AMARI ELAINE MELSON, Debtor; and<br>S. GREGORY HAYS, Trustee, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, I electronically filed the foregoing MOTION FOR RELIEF FROM AUTOMATIC STAY and NOTICE OF HEARING using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

S. Gregory Hays
Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

Amari Elaine Melson
aka Amari E Melson
aka Amari Melson
3055 Yellow Pine Ter
McDonough, GA 30252

Dated: October 26, 2026.

The Law Office of
LEFKOFF, RUBIN, GLEASON, RUSSO & SMITH, P.C.
Attorneys for Movant

By: /s/ Andrew D. Gleason
Andrew D. Gleason
Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
agleason@lrglaw.com

Copy of the Electronic Original® document managed through the eCore® On Demand (EOD™) Service.

Exhibit "A"

# Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary |
|---|---|---|
| Olympic Auto Sales LLC<br>4568 Memorial Dr<br>Decatur, GA 30032 | Amari Elaine Melson<br>3055 Yellow Pine Terr<br>McDonough, GA 30252 | No. ____<br>Date 3/6/2026 |

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| Annual Percentage Rate | Finance Charge | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid when you have made all scheduled payments. | The total cost of your purchase on credit, including your down payment of $ 4920.00 . |
| 29.500 % | $ 8963.43 | $ 18951.25 | $ 29134.68 | $ 32834.68 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 1 | $ 610.00 | 03/20/26 One Payment of 610.00 04/03/26 |
| 68 | $ 410.51 | Bi-Weekly, Beginning 04/17/26 |
| | $ | |

**Security.** You are giving us a security interest in the Property purchased.

☒ **Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of 50.00 of the bi-weekly payment amount due or $50.00 .

**Prepayment.** If you pay off this Contract early, you ☐ may ☐ will not have to pay a Minimum Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2017 | Audi | A4 | Sedan | | 80063 |

☐ New
☒ Used
☐ Demo

Other:

## Description of Trade-In

N/A

## Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding securing financing (*"Agreement"*) applies: ______________________________. The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of $ 18951.25 plus finance charges accruing on the unpaid balance at the rate of 29.50 % per year from the date of this Contract until maturity. After maturity, or after you default and we demand payment, we will charge finance charges on the unpaid balance at 29.50 % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and net trade-in value described in the *Itemization of Amount Financed.*

☒ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ **Additional Charge.** You agree to pay an additional charge of $ N/A that will be ☐ paid in cash. ☐ financed over the term of the Contract.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of $ N/A if you pay this Contract in full before we have earned that much in finance charges.



This original document is owned by Olympic Auto Sales LLC and held by Nowcom on its behalf

## Itemization of Amount Financed

| | | |
|---|---|---|
| a. | **Cash Price** of Vehicle, etc. (incl. tax of $ 497.25) | $ 15437.25 |
| b. | Trade-in allowance | $ N/A |
| c. | Less: Amount owing, paid to (includes k): | $ N/A |
| d. | Net trade-in (b-c; if negative, enter $0 here and enter the amount on line k) | $ N/A |
| e. | Cash payment | $ 3700.00 |
| f. | Manufacturer's rebate | $ N/A |
| g. | Deferred down payment | $ 1220.00 |
| h. | Other down payment (describe) Deferred Down | $ N/A |
| i. | **Down Payment** (d+e+f+g+h) | $ 4920.00 |
| j. | **Unpaid balance of Cash Price** (a-i) | $ 10517.25 |
| k. | Financed trade-in balance (see line d) | $ |
| l. | Paid to public officials, including filing fees | $ 223.00 |
| m. | Insurance premiums paid to insurance company(ies) | $ N/A |
| n. | Service Contract, paid to: GWC Warranty | $ 6616.00 |
| o. | To: GAP - Penn Warranty | $ 1595.00 |
| p. | To: | $ N/A |
| q. | To: | $ N/A |
| r. | To: | $ N/A |
| s. | To: | $ N/A |
| t. | To: | $ N/A |
| u. | To: | $ N/A |
| v. | To: | $ N/A |
| w. | To: | $ N/A |
| x. | To: | $ N/A |
| y. | **Total Other Charges/Amts Paid** (k thru x) | $ 8434.00 |
| z. | **Prepaid Finance Charge** | $ N/A |
| aa. | **Amount Financed** (j+y-z) | $ 18951.25 |

We may retain or receive a portion of any amounts paid to others.

*[This area intentionally left blank.]*

## Insurance Disclosures

**Credit Insurance.** Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below **only** the coverages you have chosen to purchase.

**Credit Life**

☐ Single ☐ Joint ☐ None

Premium $ N/A Term ______

Insured ______

**Credit Disability**

☐ Single ☐ Joint ☐ None

Premium $ N/A Term ______

Insured ______

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

**By:** **DOB**

**By:** **DOB**

**By:** **DOB**

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ N/A. If you get insurance from or through us you will pay $ N/A for N/A of coverage.

This premium is calculated as follows:

| | | |
|---|---|---|
| ☐ | $ N/A Deductible, Collision Cov. | $ N/A |
| ☐ | $ N/A Deductible, Comprehensive | $ N/A |
| ☐ | Fire-Theft and Combined Additional Cov. | $ N/A |
| ☐ | | $ N/A |

**Liability insurance coverage for bodily injury and property damage caused to others is not included in this Contract unless checked and indicated.**

☐ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ N/A for ______ of coverage.


©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

3/6/2026 [AM]



This original document is owned by Olympic Auto Sales LLC and held by Nowcom on its behalf

Copy of the Electronic Original® document managed through the eCore® On Demand (EOD™) Service.

## Additional Protections

**You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.**

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☒ **Service Contract**

Term 36 months or 38500 miles

Price $ 6616.00

Coverage Comprehensive

☒ **Gap Waiver or Gap Coverage**

Term 30 months

Price $ 1595.00

Coverage

☐ ____________

Term

Price $

Coverage

eSigned By: *Amari Melson* Mar 06, 2026 9:42:05 AM PST

**By:** Amari Elaine Melson **Date** 3/6/2026

**By:** **Date**

**By:** **Date**

## Additional Terms of the Sales Agreement

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. See *Minimum Finance Charge* section. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Returned Payment Charge.** If you make any payment required by this Contract that is returned or dishonored, you agree to pay a fee of $30.00 or 5% of the face amount of the instrument, whichever is greater, plus the amount of any fees charged to the holder of the instrument by a bank or financial institution as a result of the instrument not being honored, after we provide any demand or notice required by law.

**Governing Law and Interpretation.** This Contract is governed by the law of Georgia and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

- You fail to perform any obligation that you have undertaken in this Contract.
- We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default, you agree to pay our costs for collecting amounts owing, including court costs and fees for repossession, repair, storage and sale of the Property securing this Contract. You also agree to pay reasonable attorneys' fees after default and referral to an attorney not a salaried employee of ours. The maximum attorneys' fees you will pay will be 15% of the amount you owe.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract. Those remedies include:

- We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the post-maturity rate described in the *Payment* section until paid in full.
- We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
- We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.
- We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.
- Except when prohibited by law and after we provide any required notices, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).


©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL

3/6/2026 AM



This original document is owned by Olympic Auto Sales LLC and held by Nowcom on its behalf

Copy of the Electronic Original® document managed through the eCore® On Demand (EOD™) Service.

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property, and we will give you any notice(s) required by law before we dispose of the property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.
- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

## Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the post-maturity rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

## Notices

**NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Sí compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.**

## Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, *"you"* means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

N/A

**By:** Signature of Third Party Owner (NOT the Buyer) **Date**

*[This area intentionally left blank.]*



This original document is owned by Olympic Auto Sales LLC and held by Nowcom on its behalf

Copy of the Electronic Original® document managed through the eCore® On Demand (EOD™) Service.

☐ **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

## Signature Notices

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.*

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and us.

eSigned By: Amari Melson Mar 06, 2026 9:42:05 AM PST 3/6/2026

**By:** Amari Elaine Melson **Date**

**By:** **Date**

**By:** **Date**

*[This area intentionally left blank.]*

**Notice to Buyer. 1. Do not sign this Contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the Contract you sign.**

**By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.**

**Buyer**

eSigned By: Amari Melson Mar 06, 2026 9:42:05 AM PST 3/6/2026

**By:** Amari Elaine Melson **Date**

**By:** **Date**

**By:** **Date**

**Seller** Olympic Auto Sales LLC

eSigned By: Seth Fox Mar 06, 2026 9:38:47 AM PST 3/6/2026

**By:** **Date**

**Assignment.** This Contract and Security Agreement is assigned to Euro Financial Services, LLC
4568 Memorial Dr. Ste A, Decatur GA 30032,
the Assignee, phone (404) 565-2320. This assignment is made under the terms of a separate agreement made between the Seller and Assignee.

☐ This Assignment is made with recourse.

**Seller** Olympic Auto Sales LLC

eSigned By: Seth Fox Mar 06, 2026 9:38:47 AM PST 3/6/2026

**By:** **Date**


©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.


This original document is owned by Olympic Auto Sales LLC and held by Nowcom on its behalf

About Printing Requirements Reset On Demand (EOD™) Service.

| **ASSIGNMENT OF RETAIL INSTALLMENT CONTRACT**<br>No.<br>Date 3/6/2026<br>**2017 Audi A4**<br>**WAUDNAF41HN056320** | Seller<br>Olympic Auto Sales LLC<br>4568 Memorial Dr<br>Decatur, GA 30032<br>Phone:<br>(404) 299-6566 | Assignee<br>Euro Financial Services, LLC<br>4568 Memorial Drive Ste A<br>Decatur, Georgia 30032<br>Phone:<br>(404) 565-2320 |
|---|---|---|

## ASSIGNMENT BY SELLER

Seller sells and assigns the Retail Installment Contract and Security Agreement No. ______________, dated 3/6/2026 (Contract) between Seller and Amari Elaine Melson ______________ (Buyer) to the Assignee, its successors and assigns, including all its rights, title and interest in the Contract, and any guarantee executed in connection with the Contract. Seller gives Assignee full power, either in its own name or in Seller's name, to take all legal or other actions which Seller could have taken under the Contract.

Seller warrants:

A. The Contract represents a sale by Seller to Buyer on a time price basis and not on a cash basis.
B. The statements contained in the Contract are true and correct.
C. The down payment was made by the Buyer in the manner stated in the Contract and, except for the application of any manufacturer's rebate, no part of the down payment was loaned or paid to the Buyer by Seller or Seller's representatives.
D. The sale was completed in accordance with all applicable federal and state laws and regulations.
E. The Contract is valid and enforceable in accordance with its terms.
F. The names and signatures on the Contract are not forged, fictitious or assumed, and are true and correct.
G. The Contract is vested in the Seller free of all liens, is not subject to any claims or defenses of the Buyer, and may be sold or assigned by the Seller.
H. A completely filled-in copy of the Contract was delivered to the Buyer at the time of execution.
I. The Goods, Services, Vehicle or Manufactured Home, as defined in the Contract (Property) has been delivered to the Buyer in good condition and has been accepted by Buyer.
J. Seller has or will perfect a security interest in the Property in favor of the Assignee.

If any of these warranties is breached or untrue, Seller will, upon Assignee's demand, purchase the Contract from Assignee. The purchase shall be in cash in the amount of the unpaid balance (including finance charges) plus the costs and expenses of Assignee, including attorneys' fees.

Seller will indemnify Assignee for any loss sustained by it because of judicial set-off or as the result of a recovery made against Assignee as a result of a claim or defense Buyer has against Seller.

Seller waives notice of the acceptance of this Assignment, notice of non-payment or non-performance and notice of any other remedies available to Assignee.

Assignee may, without notice to Seller, and without affecting the liability of Seller under this Assignment, compound or release any rights against, and grant extensions of time for payment to be made, to Buyer and any other person obligated under the Contract.

☐ THIS ASSIGNMENT IS WITH RECOURSE: This Assignment is made "with recourse" and Assignee takes this Assignment with certain rights of recourse against Seller. Seller agrees that if the Buyer defaults on any obligation of payment or performance under the Contract, Seller will, upon demand, repurchase the Contract for the amount of the unpaid balance, including finance charges, due at that time.

☐ THIS ASSIGNMENT IS WITHOUT RECOURSE.

Date: 3/6/2026

Seller: eSigned By: Seth Fox Mar 06, 2026 9:39:17 AM PST
Olympic Auto Sales LLC

Title: ______________

Amari Elaine Melson (Buyer) acknowledges the assignment of their entire Contract to Euro Financial Services, LLC (Assignee):

Buyer: X eSigned By: Amari Melson Mar 06, 2026 9:45:04 AM PST

Bankers Systems®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.



This original document is owned by Olympic Auto Sales LLC and held by Nowcom on its behalf

TitleTec

t21 ID:<

**Deal Information**

| | | |
|---|---|---|
| Dealership: Olympic Auto Sales Inc. | | Deal #: |
| Sale Date: 03/06/2026 | Sale Price: $14,940.00 | Sales Tax: |
| Deal Type: Financed | Trade-In: No | Trade-In Amount: 0 |
| Transfer Plate: No | Transfer Plate #: | Transfer Plate Type: |
| Sales Tax Exempt: | Georgia Sales Tax ID: | Purchaser Sales Tax ID: |
| | | Finalized Date: 03/12/2026 |

**Vehicle Information**

| | | |
|---|---|---|
| VIN: | Mileage: 80063 | Status: OOS |
| Year: 2017 | Make: AUDI | Model: A4 |
| Body: 4S | Engine Type: C | Cylinders: 4 |
| Body Color: WHI | Roof Color: WHI | Farm Vehicle: No |
| GVW: | Fuel: G | Exemption: Actual |
| Invoice #: | Engine #: | Distributor Name: |
| Shipping Weight: | Horse Power: | MV-1 Required: No |
| Title Brand 1: | Title Brand 2: | Title Brand 3: |

**Owner Information**

Owner Type: I   Customer ID:   Name: MELSON, AMARI ELAINE
Residential Address: 3055 YELLOW PINE TER
MCDONOUGH, GA 30252   Mailing Address:
Owner Type:   Customer ID:   Name:
Residential Address:   Mailing Address:

**Lien Information**   ☐ ELT

Lien Date: 03/06/2026   Customer ID: 101597353984   Name: EURO FINANCIAL SERVICES, LLC
Residential Address: 4568 MEMORIAL DR
DECATUR, GA 30032   Mailing Address: 4568 MEMORIAL DR
DECATUR, GA 30032
Lien Date:   Customer ID:   Name:
Residential Address:   Mailing Address:

**Deal Fees**

Title Reg.: $43.00
TAVT: $497.25
TAVT Penalty: $0.00
Total Fees: $540.25

Tracking number and carrier:

**Submit the following completed documents (in order) as they apply to a particular vehicle sale.**

1. Title Tec T21 cover sheet – If you edit a deal after printing the cover sheet, please re-print an accurate sheet after your changes. You may make notes in the blank area of the cover sheet or use a sticky note if you wish to call attention to any potential concerns.
2. Title / Tag application ( MV-1 ) – On leases, the lessor (leasing company) is required to sign on the owner 1 signature line or a dealership employee empowered to sign on their behalf.
3. Georgia Title, Out of State Title, or MSO – completed front and back
a. Lien release (if not released on face of the title) - completed front and back
4. Secure Dealer Reassignment – completed front and back
5. Affidavits a.Affidavit of Corrections (T-11),b.Affidavit of Repossession (T-16),c.Affidavit of Odometer Discrepancy (T-107),d.Address Change Affidavit (required if customer's address changed by dealer in ETR)
6. Powers of Attorneys a.Limited Power of Attorney (T-8),b.Secure Power of Attorney (Green Original) (T-8S)
7. Bill of Sale (REQUIRED)
8. All other documents to support the transfer of ownership
9. Copy of Purchaser's Driver's License – a legible copy is required
10. MV-7D (REQUIRED)

• Please staple these documents together for each deal to prevent loss/shuffling in transit